IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| e-WATCH, INC. | § | |
|     Plaintiff | § | Civil Case No.  5:12-cv-106-FB |
| | § | |
| v. | § | |
| | § | Jury demanded |
| INFINIAS, LLC | § | |
|     Defendant | § | |
| | § | |

## JOINT ADR REPORT

Pursuant to Local Rule 88(b) the parties submit this joint report regarding Alternative Dispute Resolution ("ADR").

### STATUS OF SETTLEMENT NEGOTIATIONS

The parties have agreed on patent licensing language and, as of today, August 22, 2012, have mutually executed a license agreement to resolve the disputes between them in the present lawsuit.  The parties anticipate filing a stipulation of dismissal, with prejudice, within the next several days.

Respectfully submitted,

| | |
|---|---|
| /s/    W. Shawn Staples | /s/    R. Trevor Carter |
| W. Shawn Staples ▪ TBN 00788457 | R. Trevor Carter |
| Stanley Frank & Rose | Faegre Baker Daniels LLP |
| 7026 Old Katy Rd., Suite 259 | 300 North Meridian St., Suite 2700 |
| Houston, Texas 77024 | Indianapolis, Indiana 46204-1750 |
| Tel: 713-980-4381 ▪ Fax: 713-980-1179 | Tel: 317-237-0300 ▪ Fax: 317-237-1000 |
| wsstaples@stanleylaw.com | trevor.carter@faegrebd.com |
| Attorney in Charge for Plaintiff, | Attorney in Charge for Defendant |
| e-Watch, Inc. | Infinias, LLC |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2012 a true and correct copy of this document was filed via the Court's ECF system pursuant to Local Rule 5. The notice of electronic filing generated by the ECF system constitutes service of the document on counsel who are registered users of the system. I further certify that all counsel named below were served pursuant to FRCP 5(b) on this same date.

      /s/ *W. Shawn Staples*
        W. Shawn Staples