**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| e-WATCH, INC. § | |
|     Plaintiff § | Civil Case No. 5:12-cv-106-FB |
| § | |
| v. § | |
| § | Jury demanded |
| INFINIAS, LLC § | |
|     Defendant § | |
| § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant have entered into a Settlement Agreement and Mutual Release ("Agreement") effective as of the 22nd day of August, 2012. Therefore, Plaintiff and Defendant stipulate, subject to an Order of the Court dismissing Plaintiff's claims against Defendant, with prejudice:

1. Plaintiff's Complaint against Defendant is dismissed with prejudice.
2. Any counterclaims asserted by Defendant are dismissed with prejudice.
3. Each party shall bear its own attorneys fees, expenses, and costs.

STIPULATED AND AGREED TO:

| | |
|---|---|
| /s/   *W. Shawn Staples* | /s/   *R. Trevor Carter* |
| W. Shawn Staples ▪ TBN 00788457 | R. Trevor Carter |
| Stanley Frank & Rose | Faegre Baker Daniels LLP |
| 7026 Old Katy Rd., Suite 259 | 300 North Meridian St., Suite 2700 |
| Houston, Texas 77024 | Indianapolis, Indiana 46204-1750 |
| Tel: 713-980-4381 ▪ Fax: 713-980-1179 | Tel: 317-237-0300 ▪ Fax: 317-237-1000 |
| wsstaples@stanleylaw.com | trevor.carter@faegrebd.com |
| Attorney e-Watch, Inc. | AttorneyInfinias, LLC |

So ORDERED and SIGNED this _____ day of _____, 2012.

_____
Fred Biery
Chief United States District Judge