IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| E-WATCH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CIVIL ACTION NO. SA-12-CA-106-FB |
| | ) |
| INFINIAS, INC., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the Stipulation of Dismissal with Prejudice (docket no. 26) filed by the parties in this case,

IT IS ORDERED, ADJUDGED and DECREED that plaintiff's complaint against defendant is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that any counterclaims asserted by defendant are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that each party shall bear its own attorneys' fees, expenses, and costs.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the initial pretrial conference scheduled to be held in this matter on December 5, 2012, is CANCELLED; pretrial deadlines are CANCELLED; and motions pending with the Court, if any, are DISMISSED AS MOOT.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that this case is CLOSED.

It is so ORDERED.

SIGNED this 28th day of August, 2012.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE